UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATE OF AMERICA,

                Plaintiff,

          v.

THE ESTATE OF VIVIAN L WHITE,
deceased, ET AL.,

                Defendants.

No. CV-06-0256-FVS

ORDER VACATING ORDER OF
DEFAULT AND PERMITTING LATE
ANSWER

    **THIS MATTER** comes before the Court on the parties' Joint Motion
For Order Vacating Order of Default and Permitting Later Answer, Ct.
Rec. 13.  The Plaintiff is represented by Thomas J. Hanlon.  The
Defendants are represented by Ross K. Rakow.  The Court being fully
advised,

    **IT IS HEREBY ORDERED:**

    1. The parties' Joint Motion For Order Vacating Order of Default
and Permitting Later Answer, **Ct. Rec. 13**, is **GRANTED**.

    2. The Clerk's Order of Default entered on January 5, 2007, is
**VACATED**.

    3. The Defendant James E. White, Jr., in his individual capacity
and in his capacity as personal represented of the Estate of Vivian L.
White, deceased, may file a late answer to the Plaintiff's Complaint
no later than 20 days from the entrance of this order.

ORDER VACATING ORDER OF DEFAULT PERMITTING LATE ANSWER- 1

1      **IT IS SO ORDERED.**   The District Court Executive is hereby

2    directed to enter this order and furnish copies to counsel.

3         **DATED** this  _23rd_  day of January, 2007.

4

5                             s/ Fred Van Sickle
                              Fred Van Sickle
6                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER VACATING ORDER OF DEFAULT PERMITTING LATE ANSWER- 2