1  JAMES A. McDEVITT
   United States Attorney
2  FRANK A. WILSON
   Assistant United States Attorney
3  P.O. Box 1494
   Spokane, Washington 99210-1494
4  Telephone: (509) 353-2767
   Fax: (509) 353-2766
5

6              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
7

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                     Plaintiff,        )<br>     vs.                                )<br>THE ESTATE OF VIVIAN L. WHITE, Deceased; THE UNKNOWN HEIRS, DEVISEES, SUCCESSORS IN INTEREST AND CLAIMANTS TO THE ESTATE OF VIVIAN L. WHITE; STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; and JAMES E. WHITE, JR., )<br>                     Defendants.      )<br>                                         ) | NO. CV-06-256-FVS<br><br>JUDGMENT AND DECREE OF FORECLOSURE |

Plaintiff's Application for Judgment and Decree of Foreclosure upon Order of Default having come on for consideration; the defendants THE ESTATE OF VIVIAN L. WHITE, Deceased; THE UNKNOWN HEIRS, DEVISEES, SUCCESSORS IN INTEREST AND CLAIMANTS TO THE ESTATE OF VIVIAN L. WHITE; STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; and JAMES E. WHITE, JR., being in default and their default having been entered; and the Court being fully advised in the premises,

JUDGMENT AND DECREE OF FORECLOSURE - 1
[F70321kd.FAWwhite]

IT IS ORDERED, ADJUDGED, and DECREED as follows:

I.

Plaintiff is awarded judgment against defendants THE ESTATE OF VIVIAN L. WHITE, Deceased; THE UNKNOWN HEIRS, DEVISEES, SUCCESSORS IN INTEREST AND CLAIMANTS TO THE ESTATE OF VIVIAN L. WHITE, and JAMES E. WHITE, JR. in the amount of $47,499.30 ($7,164.86 principal and $3,516.97 interest accrued through March 19, 2007, plus $35,348.19 interest credit subsidy and $1,469.38 administrative charges); and interest to accrue at the rate of $2.3555 per day from and after March 19, 2007, to the date of judgment, plus interest from the date of judgment at the legal rate until paid in full; plus the costs of suit, including the filing fee allowed pursuant to 28 USC § 2412(a)(2).

II.

The debt upon which this judgment is based is secured and perfected by the following:

(1) A real estate deed of trust recorded January 14, 1981, under Auditor's File No. 179861, Official Records of Klickitat County, Washington.

III.

The foregoing real estate deed of trust covers the following described property situated in Klickitat County, State of Washington:

REAL PROPERTY

Lot 5, Block 38, Central Addition to Goldendale, recorded in Volume F of Deeds, page 179.

IV.

Said real estate deed of trust, which constitutes first and prior liens upon the property described therein, are hereby foreclosed and defendants THE ESTATE OF VIVIAN L. WHITE, Deceased; THE UNKNOWN HEIRS, DEVISEES, SUCCESSORS IN INTEREST AND CLAIMANTS TO THE ESTATE OF VIVIAN L. WHITE; STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; and JAMES E. WHITE, JR. and all persons claiming by, through or under them are forever barred and foreclosed from asserting any right, title, or interest in and to said property, except for the statutory rights of redemption allowed by the laws of the State of Washington, and said property is hereby ordered sold in the manner provided by law with the proceeds of such sale to be applied to the expenses thereof, and then in satisfaction of the sums adjudged to be due plaintiff herein.

V.

Any party to this suit may become a purchaser at such sale.

VI.

The plaintiff shall not have a deficiency judgment in the event the sum received from the sale is insufficient to pay the judgment in full.

DATED this __25th__ day of ~~March~~ April 2007.

s/ Fred Van Sickle
FRED VAN SICKLE
United States District Judge

Presented by:
JAMES A. McDEVITT
United States Attorney

s/ Frank A. Wilson
FRANK A. WILSON
Assistant U.S. Attorney
Attorney for Plaintiff

JUDGMENT AND DECREE OF FORECLOSURE - 3
[F70321kd.FAWwhite]