UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>THE ESTATE OF VIVIAN L. WHITE, Deceased; THE UNKNOWN HEIRS, DEVISEES, SUCCESSORS IN INTEREST AND CLAIMANTS TO THE ESTATE OF VIVIAN L. WHITE; STATE OF WASHINGTON DEPARTMENT OF SOCIAL HEALTH SERVICES; and JAMES E. WHITE, JR.,<br><br>             Defendants. | No. CV-06-0256-FVS<br><br>ORDER CONFIRMING SALE |

**THIS MATTER** comes before the Court on the Government's Motion for Order Confirming Sale, Ct. Rec. 33.  The United States requests an order confirming the U.S. Marshal's sale of the property that is the subject of this mortgage foreclosure action.  The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, and that the property so sold is situated in Klickitat County, in the State of Washington and is more particularly described as:

> REAL PROPERTY
>
> Lot 5, Block 38, Central Addition to Goldendale, recorded in Volume F of Deeds, page 179

The record also reflects that on said date all right, title and

ORDER CONFIRMING SALE- 1

interest of the defendants, and each of them, in and to the said property was sold by the said Marshal to PAUL J. PEARCE and CHRIS L. PEARCE; the Marshal properly made and filed his Return of Sale on the 9th day of August, 2007; the Clerk properly mailed notice of the filing of the return of sale to all parties who have entered a written notice of appearance and who had not had an order of default entered against them; more than twenty (20) days have elapsed since mailing of the notice of filing of said return, and no objections or exceptions were made or filed to said sale and return.

The Court being fully advised,

**IT IS HEREBY ORDERED:**

1. The Government's Motion for Order Confirming Sale, **Ct. Rec. 33**, is **GRANTED.**

2. The sale described above to PAUL J. PEARCE and CHRIS L. PEARCE on the 27th day of July, 2007, and all proceedings had in respect thereto, are approved and confirmed.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  9th  day of January, 2008.

                 s/ Fred Van Sickle
                 Fred Van Sickle
           United States District Judge

ORDER CONFIRMING SALE- 2